UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PERCY LEVY,

      Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.

NO. 12-5236 BHS/KLS

ORDER EXTENDING JOINT STATUS REPORT DEADLINE

Before the Court is the parties' joint motion for the extension for filing the Joint Status Report from March 8, 2013 to May 8, 2013. ECF No. 29. Defendants' motion for summary judgment (ECF No. 20) is pending. The parties have met and conferred and agree that this Court's ruling on Defendants' motion should precede the preparation of the joint status report per ECF No. 10. ECF No. 29. Accordingly, it is **ORDERED:**

1. The parties' motion (ECF No. 29) is **GRANTED;** the Joint Status Report Deadline (per ECF No. 10) is extended from March 8, 2013 to May 8, 2013; and

2. The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this 11th day of March, 2013.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER EXTENDING JOINT STATUS
REPORT - 1